UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHNSON, et al.,<br><br>        Defendants. | Case No.: 1:15-cv-01377-LJO-BAM (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE TO REFILING WITH SUBMISSION OF $400.00 FILING FEE<br><br>(ECF No. 1) |

    Plaintiff Willie Weaver ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights actions pursuant to 42 U.S.C. § 1983 on July 2, 2015, in the United States District Court for the Eastern District of California, Sacramento Division. (ECF No. 1.) The action was transferred to this Court on September 9, 2015. (ECF No. 6.)

    Plaintiff is subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[1]

---

[1] The Court takes judicial notice of the following United States District Court cases: Weaver v.

1

The Court has reviewed Plaintiff's complaint and his allegations do not satisfy the imminent danger exception to section 1915(g).  Andrews v. Cervantes, 493 F.3d 1047, 1055-56 (9th Cir. 2007). Plaintiff alleges that on June 3, 2015, he refused to go into his cell and in response a correctional officer took hold of his right arm, bent it behind him, and forced him into his cell, causing an injury. Plaintiff further alleges that he requested medical care and was provided a sick form.  These allegations do not demonstrate any imminent or ongoing danger of serious physical harm at the time he lodged his complaint, nearly a month after this apparently isolated incident, from which he describes no continuing harm.  Therefore, Plaintiff must pay the $400.00 filing fee if he wishes to litigate this claim.

Accordingly, the Court HEREBY ORDERS as follows:

This action is DISMISSED without prejudice to re-filing accompanied by the $400.00 filing fee.

IT IS SO ORDERED.

Dated:   **September 16, 2015**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

---

California Correctional Institution Confinement SHU, 1:06-CV-00671-OWW-SMS-PC (dismissed July 17, 2006, for failure to state a claim and frivolousness); Weaver v. California Correctional Institution - Third Watch Sergeant, 1:06-CV-00775-OWW-LJO-PC (dismissed July 17, 2006, for failure to state a claim and frivolousness); Weaver v. California Correctional Institution Law Library, 1:06-CV-00863-OWW-SMS-PC (dismissed August 1, 2006, for failure to state a claim and frivolousness); Weaver v. California Corr. Inst. Confinement SHU, 1:06-cv-00429-AWI-SMS-PC (dismissed September 13, 2006 for failure to state a claim and frivolousness); Weaver v. Tehachapi Confinement SHU, 1:06-cv-00341-AWI-LJO-PC (dismissed September 29, 2006 for failure to state a claim); Weaver v. Tehachapi, CA Mail Room, 1:06-cv-00278-OWW-LJO-PC (dismissed September 29, 2006 for frivolousness); Weaver v. California Corr. Inst. Second Watch A-4A-4, 1:06-cv-01208-OWW-LJO-PC (dismissed October 3, 2006 for frivolousness and as malicious); Weaver v. California Corr. Inst. Second Watch A-4A-4, 1:06-cv-01210-OWW-LJO-PC (dismissed October 3, 2006 for frivolousness and as malicious); Weaver v. Mailroom Staff, 1:06-cv-01684-OWW-LJO-PC (dismissed November 28, 2006 for failure to state a claim and frivolousness); Weaver v. Mail Room Staff, 1:06-cv-1223-AWI-LJO-PC (dismissed February 15, 2007 for failure to state a claim and frivolousness); and Weaver v. California Corr. Inst., Bldg. A-4 A-4, 1:06-cv-1205-AWI-SMS-PC (dismissed February 15, 2007 for failure to state a claim and frivolousness).